## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Eastern District of Texas

Case Number: 4:24-CV-01061

Plaintiff:
**Mobility Workx, LLC**

vs.

Defendant:
**Intertek USA Inc.**

For:
Machat & Associates, PC
8730 W. Sunset Blvd.
Ste. 250
West Hollywood, CA 90069

Received by Candace Faye Humphreys on the 2nd day of December, 2024 at 12:34 pm to be served on **Intertek USA Inc. by serving its registered agent, Corporation Service Company DBA CSC - Lawyers Inco., 211 E 7th Street, Suite 620, Austin, Travis County, TX 78701**.

I, Candace Faye Humphreys, being duly sworn, depose and say that on the **2nd day of December, 2024** at **2:58 pm, I:**

executed to the **REGISTERED AGENT** by delivering a true copy of the **Summons in a Civil Action and Complaint for Patent Infringement with Exhibits 1 and 2, Civil Cover Sheet** with the date of delivery endorsed thereon by me, to **Christopher Bazaco, Corporation Service Company DBA CSC - Lawyers Inco.**, in person, as the designated agent to accept delivery of process at the address of **211 E 7th Street, Suite 620, Austin, Travis County, TX 78701** on behalf of **Intertek USA Inc.** and informed said person of the contents therein.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the foregoing occurred. The facts in this affidavit are within my personal knowledge and are true and correct.

Subscribed and sworn to before me on the 2nd day of December, 2024 by the affiant who is personally known to me.

NOTARY PUBLIC

NICOLE M. WADE
My Notary ID # 129086987
Expires August 9, 2028

**Candace Faye Humphreys**
PSC-23879, Exp. 2/28/2026
12/02/2024
Date

Malone Process Service, LLC
P.O. Box 720040
Dallas, TX 75372
(877) 997-3783

Our Job Serial Number: ATX-2024014005
Ref: Mobility Workx v Intertek

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a